UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :    CRIMINAL NO. 1-24-cr-484 (CRC)
                                  :
JASON TASKER                      :
                                  :
_____:

## MOTION FOR LEAVE TO WITHDRAW

Undersigned counsel moves this Honorable Court to allow him to withdraw as counsel of record in the above captioned matter. In support of this Motion, counsel states:

1. Jason Tasker is before the Court charged by Indictment with one count each of: Civil Disorder and Aiding and Abetting in violation of 18 U.S.C. §231(a)(3); Assaulting/Resisting/Impeding Officers in violation of 18 U.S.C. §111(a)(1); Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. §1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. §1752 (a)(2); Engaging in Physical Violence in a Restricted Building or Grounds in violation of violation of 18 U.S.C. §1752 (a)(4); Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104 (e)(2)(D), Act of Physical Violence in the Capitol Grounds or Buildings in violation of 40 U.S.C. § 5104 (e)(2)(F); and Demonstrating or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104 (e)(2)(G). An arraignment is scheduled is for Friday 22nd November, 2024.

2. Recently, Mr Tasker has informed counsel that he does not believe counsel is and will act in Mr Tasker's best interest. As such, he is requesting the Court appoint new counsel.

3. Mr Tasker should not be compelled to proceed in his case with an attorney with whom he is not fully engaged.

4. Counsel has communicated this state-of-affairs with the assigned Assistant United States Attorney, Ms Sara Levine. The government is not prejudiced by this Motion, and the granting of this Motion would be in the interests of justice.

Wherefore, for the foregoing reasons, and for other such reasons that may be proper and just, undersigned counsel respectfully requests this Court grant this Motion allowing withdrawal in this case.

Respectfully Submitted,

/s/ Peter A. Cooper

Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Jason Tasker

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice on Motion for Leave to Withdraw is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 21st day of November, 2024.

/s/ Peter A. Cooper

Peter A. Cooper