## IN THE UNITED STATED DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

————————————————————————

)

UNITED STATES OF AMERICA,　　　　　)

　　　　　　　　　　　　　　　　　　　)

v.　　　　　　　　　　　　　　　　　　)

　　　　　　　　　　　　　　　　　　　)　　Case No. 1:24-CR-484-CRC

JASON ROBERT TASKER,　　　　　　　)

　　　　　　　　　　　　　　　　　　　)

　　　　　　　Defendant.　　　　　　　)

————————————————————————)

### EMERGENCY MOTION TO DISMISS AND FOR IMMEDIATE RELEASE FROM PRETRIAL DETENTION

COMES NOW, the Defendant Jason Robert Tasker, and hereby moves this Honorable Court for immediate dismissal with prejudice of the Indictment and all charges pending against him in the above-captioned matter, and for immediate release from pretrial detention. In support of his Motion, Mr. Tasker respectfully refers the Court to the Presidential Proclamation issued on this date ordering that the Attorney General "pursue dismissal with prejudice to the government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021." With hundreds of cases still pending in the district court (pretrial or presentencing), the government's "pursuit" of dismissal is appropriately expedited by the Court's entertaining and indeed granting a defendant's motion seeking such relief, to which the United States has no choice but to consent.

Toward that end, counsel has sought the position of the government with respect to this Motion and has not received a response. As there is no practical alternative but that the government will concur, and the President's Proclamation clearly intends termination of these proceedings forthwith, the granting of immediate relief is warranted where a pardoned defendant is in detention.

WHEREFORE, Mr. Tasker respectfully prays that this Honorable Court order the immediate dismissal of the Indictment and all charges against him in the above-captioned matter with prejudice, and his release from pretrial detention without delay.

Respectfully submitted,

JASON ROBERT TASKER
By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
1800 Diagonal Rd., Suite 600
PMB #1152
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
LManitta@ManittaLaw.com
Counsel for Defendant

## CERTIFICATE OF ELECTRONIC FILING/SERVICE

I HEREBY CERTIFY THAT on the 20th of January 2025 I filed a true and accurate copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing (NEF) to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
1800 Diagonal Rd., Suite 600
PMB #1152
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
LManitta@ManittaLaw.com
Counsel for Defendant