## IN THE UNITED STATED DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:24-CR-484-CRC |
| ) | |
| JASON ROBERT TASKER, ) | |
| ) | |
| Defendant. ) | |

### RESPONSE TO GOVERNMENT'S MOTION TO DISMISS

COMES NOW, the Defendant Jason Robert Tasker, by and through counsel, and informs the Court that he has no objection to the Government's Motion to Dismiss pursuant to FRCP 48(a).

WHEREFORE, Mr. Tasker respectfully prays that this Honorable Court order the immediate dismissal of the Indictment and all charges against him in the above-captioned matter with prejudice, as well as his immediate release from marshal's custody

Respectfully submitted,

JASON ROBERT TASKER
By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
1800 Diagonal Rd., Suite 600
PMB #1152
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
LManitta@ManittaLaw.com
Counsel for Defendant

**CERTIFICATE OF ELECTRONIC FILING/SERVICE**

      I HEREBY CERTIFY THAT on the 22nd of January 2025 I filed a true and accurate copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing (NEF) to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By:_____/s/_____.
1800 Diagonal Rd., Suite 600
PMB #1152
Alexandria, VA 22314
(703) 705-4428
FAX (703) 705-4429
LManitta@ManittaLaw.com
Counsel for Defendant